# UNITED STATES DISTRICT COURT

for the
Northern District of California
San Francisco/Oakland Division

| | |
|---|---|
| John William Templeton | Case No. 19-cv–2894 SK |
| *Plaintiff(s)* | |
| -v- | Jury Trial: *(check* X Yes    No *one)* |
| Amazon.com, Inc.<br>Google LLC<br>Thriftbooks LLC<br>John Does 1…10 | |
| *Defendant(s)* | |

FILED

JUN 24 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## FIRST AMENDED MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

I.    **The Parties to This Complaint**
A.    **The Plaintiff**

John William Templeton
1691 Turk Street
San Francisco, CA 94115
(415) 240-3537

B.    **The Defendants**

Defendant No. 1

Amazon.com, Inc.
410 North Terry
Seattle, WA 98189

Defendant No. 2

Google LLC
1600 Amphitheater Parkway
Mountain View, CA 94306

Defendant No. 3

Thriftbooks LLC
18300 Cascade Ave. S Suite 150
Tukwila, WA 98188

Defendant No. 4

John Does 1…10

First Amended Plaintiff's Motion for Preliminary Injunctive Relief 1  19-cv-2894-SK

## Jurisdiction

This is a federal matter.

Plaintiff alleges that Defendants No. 1, No. 2 and No. 3 violated 43(a), 15 U.S.C. § 1125(a) by using his name without permission for false advertising, causing confusion such that there was a 100 percent decline in one year and a permanent decline of 80 percent for visits to a site under his control (*Jordan v. Jewel, Abdul-Jabbar v. General Motors*); that Defendants No. 1 and No. 2 violated 42 USC 1981 by interfering with Plaintiff's ability to enter into and benefit from contracts due to his race and that Defendant 1 colluded with Defendant 3 and Defendant 4 (John Does 1…10) to create a cartel for the purpose of monopolizing the use of Plaintiff's name as an online keyword in an unreasonable violation of 15 U.S.C. 1

## The Plaintiff

The Plaintiff is a citizen of the United States residing in San Francisco County, California who has published more than 50 books under his own imprint since 1984, a daily newspaper and been an award-winning journalist since 1973.

## The Defendants

Defendant No. 1 is a Delaware corporation headquartered in Seattle, Washington

Defendant No. 2 is a Delaware corporation headquartered in Mountain View, California

Defendant No. 3 is a Delaware corporation headquartered in Tukwila, Washington

Defendants No. 4 are anonymous parties purporting to sell books by the Plaintiff on Defendant No. 1. Plaintiff has subpoenaed Defendant No. 1 in state court to determine their identity without cooperation.

## The Amount in Controversy

The amount in controversy exceeds $75,000.

First Amended Plaintiff's Motion for Preliminary Injunctive Relief 2 19-cv-2894-SK

**Statement of Claim**

1. Plaintiff incorporates the First Amended Complaint, filed June 17, 2019, by reference as though fully set forth therein

2. On June 20, 2019, Defendant No. 1 places notices on search engines "Buy John Templeton at (Defendant No. 1) ! Free Shipping on Qualified Orders.  (Defendant No. 1) Prime Benefits, Shop (Defendant No. 1) Fire Tablets, Explore (Defendant No. 1) Smart Home"

3. June 20, 2019 Defendant No. 3 places notices on Defendant No. 2 "Buy all John William Templeton books"  When one clicks on the link, there is a blank page

4. June 19, 2019 Defendant No. 2 has a page on Google Books entitled *Come This Far By Faith: African-Americans 1980-2020* which lifts copyrighted material from Plaintiff's Books in Print listing and has ads from four unrelated companies, including Defendant No. 1 at the top.

5. A reasonable person would assume that Plaintiff is a paid endorser of Defendant No. 1 and that Defendants No. 2 and No. 3 have licenses to use his intellectual property.

6. An expert on "microinvalidations" would likely find that all three instances represent efforts to diminish and create confusion about the Plaintiff.

7. A further instance of "microinvalidation" came from an advocate for Defendant No. 2, Danielle Pierre of Perkins Coie,  in an email on June 20 regarding prepaid postage for her trillion-dollar client.  A similar objection was raised in November by Davis Wright Tremaine by a phalanx of six attorneys in the state court proceeding.   The latter also asked for travel expenses for the world's richest man.

8. Plaintiff responded that the summons had not yet been served and that discussions with all

parties would proceed based on the order from the Court.

9. Defendant No. 2's attorney replied in a coercive email designed to apparently trick the Plaintiff because of his status as an African-American *pro se* litigant that apparently the Plaintiff had to get her permission to move forward. The use of the word "fatal", given the history of threatening phone calls following unsuccessful pleadings by the Defendants, gave the Plaintiff sufficient concern for his personal privacy and safety to immediately bring this matter to the attention of the Court and to amend the Motion for Preliminary Injunctive Relief.

10. Both Perkins Coie and Davis Wright Tremaine give the Plaintiff the impression that African-Americans do not have the right to file legal actions in state or federal courts.

11. By way of contrast, a message to the general counsel of Barnes and Noble in 2015 requesting the removal of similarly offending false advertising, in which a listing about the Plaintiff's book was accompanied by another book's title, was removed within one week. Four years of needless confusion to consumers is the result of the lack of similar professional courtesy on the part of the Defendants.

12. Plaintiff's Declaration, with the Court's permission in single spaced to comply with the pages limit, lists in order Plaintiff's Owned Media, including 60 books and 15 film/television projects along with more than 100 news articles considered in the public relations industry "Earned Media" which is considered worth three times the equivalent space of advertising because it comes from a trusted third party.

13. Replacing such content with anonymous third party advertising diminishes the value of the Plaintiff in the eyes of potential customers. In August 2017, Plaintiff presented his most important scholarly paper to the American Historical Association-Pacific Coast

Branch describing the California African-American Freedom Trail. Afterwards, he visited the Central Branch of the Los Angeles Public Library to encourage the history section to purchase the last three volumes of his set on California history so that those who heard the presentation could cite it as references. Walking into the reference librarian's counter, he held a four-volume set in his hand. She turned to her computer, typed in the title and replied, "(Defendant No. 1) says the book is out of print." She believed the false advertising over her own eyes.

14. As is evident, this false advertising is widely distributed to Plaintiff's potential customers, particularly among library and school buyers. As a result, Plaintiff has suffered significant loss of income and continues to suffer immediate damages as is likely to be proven at trail.

15. Because of the prima facie evidence, Plaintiff has a high likelihood of prevailing at a jury trial.

16. Plaintiffs No. 1 and No. 2, through what is known as "conquesting keywords" have an unimaginable ability to engage in anti-competitive behavior at the level of consciousness through a variety of platforms, including voice and mobile assistants, cloud servers, cookies in addition to search engines.

17. Because Defendants quite openly censor content which is deemed incompatible with their business interests, retaliate against critics of their bullying behavior and favor their own platforms at the expense of other platforms, as the European Union found, their representation of a single copy of a 25-year-old used book as the totality of the Plaintiff's work is in effect a literary lynching.

18. The items listed in Exhibit 1 would appear to a reasonable person to be of more interest to potential queries than anonymous ads for non-existent or used products

First Amended Plaintiff's Motion for Preliminary Injunctive Relief 5  19-cv-2894-SK

19. Four years ago, Defendant No. 1 promised to stop saying Plaintiff's books were "out of print."

20. Seven years ago, Defendant No. 2 promised to the Federal Trade Commission to stop "scraping" material from other web sites.

21. The immediate harm to the Plaintiff and the general public is evident. In February 2019, he was featured in an article by the California State Automobile Association to its 6 million members, followed up with a social media post. Not one member contacted him.

22. When the *San Francisco Chronicle* wrote about the California African-American Freedom Trail in November 2018, a half dozen readers contacted the writer because of their difficulty in finding the Plaintiff's material.

23. Since 1996, Plaintiff has declined to capture customer data on his websites, finding the practice abhorrent to his standards as a journalist. Among his first major projects was an investigation of the FBI's Cointelpro program for the Center for National Security Studies and Harper's Weekly in 1974 so he is well aware of the history of surveillence used against African-Americans and is sensitive to how such information can be misused.

24. Under the California Online Consumer Privacy Act, the state's citizens will have the ability to require sites not to sell their data on Jan. 1, 2020. Defendants have the ability to thwart the law by using Plaintiff's name to fraudulently entice audiences to foreclose their rights by opting-in without proper disclosures before that date. Plaintiff explicitly does not allow the Defendants to use his name to trick customers into losing their privacy rights.

25. In *HUD v. Facebook*, the government finds that online advertising can not be used for a discriminatory purpose. The items cited above along with the history described in the complaint point to a significant compromise of the Plaintiff's ability to maintain trust with

his audience and his interest in preventing the misappropriation of his identity.

26. In NAAOM v. Comcast, Plaintiff need only show that racial discrimination is a factor, which he has a high likelihood of doing given the hyper-segregation of the defendants.

27. Plaintiff is a featured historian in Gina's Journey: the Search for William Grimes, a true story about the author of the first slave narrative in 1825 whose California descendant spent 25 years finding his book because it wasn't made available through hyper-segregated distribution networks.

28. Plaintiff is responsible for the re-discovery of the most important speech in African-American history, by Rev. Henry Highland Garnet, whose book was similarly rendered invisible by hyper-segregated distribution networks, causing a fundamental misunderstanding by the public about the Civil War.

29. Plaintiff's rights of publicity under California law extend for 72 years after his death, yet as these examples show, that asset could be rendered useless by the Defendant's activities if not ceased post haste.

## Relief

21. Plaintiff requests a preliminary injunctive order banning Defendants for the pendancy of this proceeding from using online methods to represent that their products or services are endorsed by the Plaintiff:

— paid search engine listings

— online ads

— Google Books pages

— voice commands

— data mining

— "cookies"

— predictive algorithms

— pricing algorithms

— use of the word * FREE * next to Plaintiff's name

—browsers

22. For the pendancy of this proceeding, a restriction on blockage of Plaintiff's Owned Media from access to search queries.

23. A prohibition on the violation of Plaintiff's common law right of copyright by violating the terms of service of his products "All Rights Reserved."

24. A prohibition on coercive, threatening, retaliatory and deceptive tactics by Defendants and their attorneys, an admonition to adhere to the schedule set for the the Court's order and avoidance of actions which needlessly prolong or create additional expenses in this proceeding.

**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 24, 2019
Printed Name of Plaintiff  John William Templeton

Signed _____

First Amended Plaintiff's Motion for Preliminary Injunctive Relief 8  19-cv-2894-SK

Plaintiff's Declaration June 20, 2019 19-cv-2894-SK

Plaintiff's Owned Media

Websites/Newspapers/Magazines

1.  Black Money Worldwide blackmoney.com 1995-present

2.  National Black Business Month blackbusinessmonth.com 2004 to present

3.  Soul of Technology  souloftechnology.com 1998 to present

4.  BlackRestaurant.NET blackrestaurant.net 2005 to present

5.  ReUNION: Education-Arts-Heritage reunionnetwork.info 2010 to present

6.  Queen Calafia Movie queencalafiamovie.com 2008 to present

7.  Journal of Black Innovation souloftechnology.com 2015 to present

8.  Money on the Table KMTP-Channel 32 vimeo.com/reunioneah 2017 to present

9.  John William Templeton official site johnwilliamtempleton.com 2017 to present

10.  Nklud.work nklud.work 2016 to present

11.  Blong Network blongnetwork.com 2016 to present

12.  Zenviba Academy of Art & Science zenviba.org 2010 to present

13.  Catapulting Capital catapultingcapital.com 2015 to present

14.  California Black History californiablackhistory.com 2002 to present

15.  BlackHistory180 blackhistory180.com 2018 to present

16.  Where Money Finds You wheremoneyfindsyou.com 2015 to present

17.  Zenviba Ventureprises zenviba.com 2010 to present

18. ReUNION S F Travel https://www.sftravel.com/video/reunion-education-art-heritage

Plaintiff's Declaration June 20, 2019 cv 19-2894-sk  1

Books

1. "African-Americans in the West" *Oxford Encyclopedia of African-American History 2006*

2. *Illustrated National Guide to Black Households* COMNET 1984

3. *Our Roots Run Deep: the Black Experience in California, 1500-1900, Vol. 1 ASPIRE SAN FRANCISCO 1991 (ed.)*

4. *Success Secrets of Black Executives ASPIRE SAN FRANCISCO 1992*

5. *REACH WISELY: the Black Cultural Approach to Education Annalee Walker (Plaintiff is editor)*

6. *Do Not Call Us Negros: How Multicultural Textbooks Perpetuate Racism by Sylvia Wynter (Plaintiff is editor)*

7. *Jazz Management: the Art of Planned Improvisation ASPIRE SAN FRANCISCO 1993*

8. *Grampa Jack's Secret ASPIRE SAN FRANCISCO 1994*

9. *Our Roots Run Deep: the Black Experience in California 1900-1950 Vol. 2 (ed. with Agin Shaheed) ASPIRE SAN FRANCISCO 1995*

10. *Our Roots Run Deep: the Black Experience in California 1950- Vol. 3 (ed. with Thomas Berkeley, Thomas Fleming) ASPIRE SAN FRANCISCO 1996*

11. *The Black Queen: How African-Americans Put California on the Map: Vol. 4 of Our Roots Run Deep: the Black Experience in California, ASPIRE SAN FRANCISCO 1998*

12. *Black Students Internet Guide ASPIRE SAN FRANCISCO 1998*

13. *Silicon Ceiling: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 1998*

14. *Silicon Ceiling 2: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 1999*

15. *Silicon Ceiling 3: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2000*

16. *Silicon Ceiling 4: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2001*

17. *Silicon Ceiling 5: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2002*

18. *Come to the Water: Sharing the Rich Black Experience in San Francisco ASPIRE SAN FRANCISCO 2003*

19. *Loaded Dice: State of Black Business ASPIRE SAN FRANCISCO 2004*

20. *Silicon Ceiling 6: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2005*

21. *Unfinished Dream: State of Black Business, 2d Edition ASPIRE SAN FRANCISCO 2005*

22. *Silicon Ceiling 7: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2006*

23. *Trouble in the Air: State of Black Business, 3d Edition ASPIRE SAN FRANCISCO 2006*

24. *Silicon Ceiling 8: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2007*

25. *Compelling State Interest: California After Prop. 209 ASPIRE SAN FRANCISCO 2007*

26. *State of Black Business, 4th edition ASPIRE SAN FRANCISCO 2007*

27. *Silicon Ceiling 9: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2008*

28. *Queen Calafia: Ruler of California 2008 (play performed in San Francisco, Los Angeles)*

29. *State of Black Business 5th edition ASPIRE SAN FRANCISCO 2008*

30. *Black Heritage as Gap Closer ASPIRE SAN FRANCISCO 2008*

31. *Say Grace and Wipe Yo' Hands: BLACKRESTAURANT.NET Guide to America's Black Restaurant, 1st edition 2009 ASPIRE SAN FRANCISCO*

32. *Finding Gold in the Golden State: State of Black Business in California 2009 ASPIRE SAN FRANCISCO*

33. *Walls Come Tumbling Down: State of Black Business, 6th edition ASPIRE SAN FRANCISCO 2009*

34. *Silicon Ceiling 10: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2009*

35. *Cakewalk: a historical novel about the unsung creators of jazz music ASPIRE SAN FRANCISCO 2010*

36. *Silicon Ceiling 11: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2010*

37. *State of Black Business, 7th edition ASPIRE SAN FRANCISCO 2010*

38. *Silicon Ceiling 12: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2011*

39. *State of Black Business 8th edition ASPIRE SAN FRANCISCO 2011*

40. *Say Grace and Wipe Yo Hands: BLACKRESTAURANT.NET Guide to America's Black Restaurants 2d editionASPIRE SAN FRANCISCO 2012*

41. *Silicon Ceiling 13: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2012*

42. *State of Black Business, 9th edition ASPIRE SAN FRANCISCO 2012*

43. *Silicon Ceiling 14: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2013*

44. *State of Black Business, 10th edition ASPIRE SAN FRANCISCO 2013*

45. *Silicon Ceiling 15: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2014*

46. *State of Black Business 11th edition ASPIRE SAN FRANCISCO 2014*

Plaintiff's Declaration June 20, 2019 cv 19-2894 sk  3

47. Say Grace and Wipe Yo' Hands: BLACKRESTAURANT.NET Guide to America's Black Restaurants, 3d edition ASPIRE SAN FRANCISCO 2015

48. Silicon Ceiling 16: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2015

49. State of Black Business, 12th edition ASPIRE SAN FRANCISCO 2015

50. Road to Ratification: How 27 States Faced the Most Challenging Issue in American History ASPIRE SAN FRANCISCO 2016

51. Silicon Ceiling 17: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2016

52. State of Black Business 13th edition ASPIRE SAN FRANCISCO 2016

53. Silicon Ceiling 18: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2017

54. Our 10 Plan: State of Black Business 14th edition ASPIRE SAN FRANCISCO 2017

55. Citizenship for All: 150th anniversary of the 14th Amendment ASPIRE SAN FRANCISCO 2018

56. Silicon Ceiling 19: Equal Opportunity and High Technology ASPIRE SAN FRANCISCO 2018

57. Opportunity from Disaster: State of Black Business, 15th edition ASPIRE SAN FRANCISCO 2018

58. We're Due: State of Black Business, 16th edition 2019 ASPIRE SAN FRANCISCO 2019

59. I Belong in San Francisco graphic history for children 2019 ASPIRE SAN FRANCISCO

60. I Belong in New York graphic history for children ASPIRE SAN FRANCISCO 2019

61. Come This Far By Faith: African-Americans 1980-2020 ASPIRE SAN FRANCISCO 2018

62. Say Grace and Wipe Yo' Hands: BLACKRESTAURANT.NET Guide to America's Black Restaurants, 4th edition ASPIRE SAN FRANCISCO 2018

63. Our Education: Education Assessment and Research Project, principal investigators Drs. Joyce King and Linda Tillman for Black Leadership Kitchen Cabinet of Silicon Valley 2018

*Films, Television*

1. Actor/Writer The Black Rock: Blacks on Alcatraz 2010

2. Associate Producer We Wish to Plead Our Own Cause, UNC Television Network 1978

3. Producer, Narrator Our Roots Run Deep: the Black Experience in California 1993 KMTP-Channel 32

4. Featured Historian, Gina's Journey: the Search for William Grimes 2017

5. Screenwriter, Producer Queen Calafia 2019

6. *Producer, Narrator Freedom Riders of the Cutting Edge 2009*

7. *Producer, Block Party: Making Letters Dance 2012 to present*

8. *Producer Sea Change: Water Science and You 2012 to present*

9. *Producer/Narrator The King Behind King, Bridges, Chavez and Mandela 2014*

10. *Producer Who Was Tracy Sims 2017*

11. *Producer Come to the Water: How African-Americans Put California on the Map 2017*

12. *Producer Road to Ratification: How 27 States Faced the Most Challenging Issue in American History*

13. *Producer, Reenactor Let the Monster Perish: the most important speech in African-American History 2017*

14. *Producer A Musical Tribute to the Letter from a Birmingham Jail by the Stillman College Choir 2019*

15. *Producer/Writer A Great Day in Gaming: the Gerald Anderson Lawson Story 2011*

*Earned Media Coverage (partial list)*

1. *Jan. 28, 1983 New York Times "AROUND THE NATION: Oldest Black Newspaper Celebrates its 100th Year" https://www.nytimes.com/1983/01/29/us/around-the-nation-oldest-black-newspaper-celebrates-its-100th-year.html*

2. *September 5, 1983 Washington Post "A Newspaper Battle in Black and White"*

3. *March 3, 2011 Cassidy, Mike San Jose Mercury News "Gaming Industry Finally Recognizes the Work of a Pioneer https://www.mercurynews.com/2011/03/03/cassidy-gaming-industry-finally-recognizes-the-work-of-a-pioneer/*

4. *Feb. 2, 2009 Dremann, Sue Palo Alto Weekly Unsung pioneers of high tech https://www.paloaltoonline.com/news/2009/01/30/unsung-pioneers-of-high-tech*

5. *July 9, 1999 Brandon, Karen Computer Age Leaving Many Blacks, Hispanics Out of Touch https://www.chicagotribune.com/news/ct-xpm-1999-07-09-9907090140-story.html*

6. *Feb. 2, 2011 Swift, Mike Blacks, Latinos, women lose ground at Silicon Valley tech companies https://www.siliconvalley.com/2010/02/11/blacks-latinos-and-women-lose-ground-at-silicon-valley-tech-companies/*

7. *July 2, 2007 SAN FRANCISCO/City's off the mark, says black historian: He wants more plques honoring African-Americans https://www.sfgate.com/bayarea/article/SAN-FRANCISCO-City-s-off-the-mark-says-black-2554056.php*

8. *August 8, 2017 Templeton, John William The Hill Rewriting the Civil War is slap in the face to Americans https://thehill.com/blogs/pundits-blog/civil-rights/345686-rewriting-the-civil-war-is-slap-in-the-face-to-americans*

9. *Jan. 8, 2018 Los Angeles Times https://www.latimes.com/newsletters/la-me-ln-essential-california-20180108-story.html*

10. *July 27, 2017 Edney, Hazel Trice Los Angeles Sentinel Black Wealth 2020: New*

Plaintiff's Declaration June 20, 2019 cv 19-2894 sk  5

*Economic Justice Movement Aims to "Turbo Chrge" Black Wealth in America https://lasentinel.net/black-wealth-2020-new-economic-justice-movement-aims-to-turbo-charge-black-wealth-in-america.html*

*11..Feb. 29, 2004 Jacobs, Michael T. Los Angeles Times Fine Tuning a Legacy https://www.latimes.com/archives/la-xpm-2004-feb-29-tm-opcrenshaw09-story.html*

*12. Jan. 12, 2017 Templeton, John William  East Bay Times 'Unicorns track the lack of opportunity for minorities in tech;https://www.eastbaytimes.com/2017/01/12/templeton-unicorns-track-the-lack-of-opportunity-for-minorities-in-tech/*

*13. June 14, 2018 Fuller, Tom New York Times History in San Francisco with the Election of a Black Woman Mayor https://www.nytimes.com/2018/06/14/us/california-today-london-breed-san-francisco.html*

*14. April 13, 2017 Wisconsin Public Radio, Joy Cardin Show A Case for Federally Funding Public Libraries https://www.wpr.org/shows/case-federally-funding-public-libraries*

*15. March 30, 2006 House Judiciary Committee hearings "Should Congress Raise the H1-B Cap http://commdocs.house.gov/committees/judiciary/hju26768.000/hju26768_0f.htm*

*16. July 21, 2016 Fuller, Tom  New York Times "The loneliness of being black in San Francisco" https://www.nytimes.com/2016/07/21/us/black-exodus-from-san-francisco.html*

*17. June 16, 2018 Fracassa, Dominck and Aleaziz, Hamed  San Francisco Chronicle "London Breed's eelction as SF Mayor brings hope to dwindling black community*

*18. July 29, 2016 Aleazis, Hamed, Black Lives, Black Voices San Francisco Chronicle https://projects.sfchronicle.com/2016/black-voices/*

*19. Feb. 16, 2009 Fulbright, Leslie San Francisco Chronicle Some S.f. African-American history landmarks https://www.sfgate.com/bayarea/article/Some-S-F-African-American-history-landmarks-3250887.php*

*20. May 19, 2017 Templeton, John William The Hill "Black business matters: Why black America needs more investment https://thehill.com/blogs/pundits-blog/civil-rights/334248-black-business-matters-why-black-america-needs-more*

*21. Aug. 29, 2014 Lucchesi, Paolo San Francisco Chronicle Aug. 30 is black restaurant day in the Bay Area https://insidescoopsf.sfgate.com/blog/2014/08/29/august-30-is-black-restaurant-day-in-the-bay-area/*

*22. April 14, 2017 Templeton, John William The Hill Paul Ryan: listen to your voters, they value their libraries https://thehill.com/blogs/pundits-blog/economy-budget/328860-paul-ryan-listen-to-your-voters-they-value-their-libraries*

*23. Aug. 17, 2017 Gaillot, Ann-Derrick The Outline The growing moveent to celebrate black restaurants https://theoutline.com/post/2125/the-growing-movement-to-celebrate-black-owned-restaurants?zd=1&zi=tfji7fo4*

*24. Aug. 20, 2015 Smith, Donovan M. The Skanner (Portland) Woman challenges*

Plaintiff's Declaration June 20, 2019 cv 19-2894 sk  6

Portland to support black restaurants

25. June 24, 2015 Garofoli, Joe and Aleaziz,Hamed "Stanford housing study points to nation's legacy of racism" https://www.sfgate.com/bayarea/article/Study-Blacks-Latinos-live-in-poorer-places-6347730.php

26. Sept. 4, 1997 Templeton, John William San Francisco Examiner Port should honor Leidesdorff https://www.sfgate.com/news/article/Port-should-honor-Leidesdorff-3102797.php

27. Feb. 8, 2009 Three questions: John William Templeton https://www.sfgate.com/bayarea/article/Three-Questions-John-William-Templeton-3251652.php

28. July 29, 1997 Templeton, John William San Francisco Examiner What's growing on the family tree https://www.sfgate.com/news/article/What-s-growing-on-the-family-tree-3106604.php

29. Feb. 21, 2017 Templeton, John William The Hill Why educators fail at teaching black history https://thehill.com/blogs/pundits-blog/education/320519-why-educators-fail-at-teaching-black-history

30. May 18, 2017 Templeton, John William San Jose Mercury News Tech industry started diverse but lost the edge

31. Dec. 2018 Garchik, Leah San Francisco Chronicle African-American Freedom Trail to honor California black history

32. 2017 Templeton, John William The Hill "Patriotism is no defense for Trump's attacks on black athletes

33. April 20, 2014 Black Renaissance KBHK-Channel 44 San Francisco https://www.youtube.com/watch?v=_h9uUfFk2P4

34. Jan. 25, 2014 National Park Service Come to the Water: Teaching San Francisco Black History https://www.nps.gov/safr/learn/news/cometowater2014.htm

35. Dec. 30, 2012 duLac, J. Freedom Washington Post "Emancipation Proclamation free, if only briefly

36. Feb. 1, 2018 KGO-ABC 7 San Francisco "Bay Area students get living lesson in black history during Freedom Day tour

37. Sept. 18, 2017 Daniels, Dr. Ron Vantage Point, WBAI-FM New York

38. Nov. 11, 2017 Oakland Post Bishop William Barber II keynotes the SF NAACP 95th annual Freedom Fund dinner

39. Jan. 11, 2006 Education Week Activists back history month https://www.edweek.org/ew/articles/2006/01/11/18dossier.h25.html

40. Jan. 2001 CIO Roy Clay as an IT role model https://www.cio.com/article/2440880/roy-clay-as-an-it-role-model.html

41. San Francisco Chronicle S.F. Planners neglect African-American history

42. Network Journal Black owned banks are hanging on but for how long https://tnj.com/black-owned-banks-are-hanging-how-long/

43. Jan. 14, 2013 Federal News Network Federal Drive Interviews, Washington, D.C.

Plaintiff's Declaration June 20, 2019 cv 19-2894 sk  7

44. Millner, Caille San Francisco Chronicle Black History Month? Not in San Francico

45 July 2010 Roberson, Jason Evers Black Enterprise Celebrating black business https://www.blackenterprise.com/celebrating-black-business/

46 1996 San Francisco Examiner Rename 3rd St. for Dr. Goodlett https://www.sfgate.com/news/article/Rename-3rd-St-for-Dr-Goodlett-3135571.php

47 July 2016 Black Enterprise 5 Top Staes for Black Business https://www.blackenterprise.com/best-states-for-black-businesses/

48. Feb. 2, 2018 St. Felix, Doreen The New Yorker The farce and the grandeur of Black History Month under Trump https://www.newyorker.com/culture/culture-desk/the-farce-and-the-grandeur-of-black-history-month-under-trump

49. June 15, 2009 Christian Science Monitor Blacks abandon San Francisco https://www.csmonitor.com/USA/2009/0615/p02s04-usgn.html

50. March 4, 2012 New York Times Celebrating Bethel A.M.E. where San Francisco's black roots run deep https://www.nytimes.com/2012/03/04/us/celebrating-bethel-ame-where-san-franciscos-black-roots-run-deep.html

51. Aug. 6, 2014 Bailey, Chauncey (his last article before being slain) SF Celebrates Black Business Month www.oaklandpost.org/2014/08/06/sf-celebrates-black-business-month/

52. Sept. 15, 2005 Chicago Tribune Storm response: what people are really saying https://www.chicagotribune.com/news/ct-xpm-2005-09-15-0509150148-story.html

53. Aug. 5, 2018 Sullivan, Denise San Francisco Examiner From Pacific to Bernal Heights, John Templeton tracks black lives https://www.sfexaminer.com/news/from-bernal-to-pacific-heights-john-templeton-tracks-black-lives/

54 Feb. 3, 2014 Port of San Francisco https://sfport.com/article/black-history-month-port

55 July 29, 2005 deBare, Ilana San Francisco Chronicle 45% increase in black businesses drives minority entrepreneur surge https://www.sfchronicle.com/news/article/45-increase-in-black-businesses-drives-minority-2652178.php

56. Aug. 22, 2012 New Pittsburg Courier A perfect time to patronize black businesses https://newpittsburghcourieronline.com/2012/08/22/a-perfect-time-to-patronize-black-owned-businesses/

57. April 18, 2018 Hinton, Joseph Brown Political Review "A Seat at the Table: Addressing Providence's Lack of Restaurant Diversity http://www.brownpoliticalreview.org/2018/04/seat-table-addressing-providences-lack-restaurant-diversity/

58. March 3, 2015 AFL-CIO Department of Professional Employees Newsletter AFL-CIO/ALA Joint committee schedules tour of African-American Freedom Trail

59. Aug. 15, 2012 Kent, Cindy Sun-Sentinel (Ft. Lauderdale) August is National Black Business Month https://www.sun-sentinel.com/business/fl-xpm-2012-08-15-fl-national-black-business-month-tophat-20120815-story.html

60. Oct. 15, ,2007 Equal Justice Society https://equaljusticesociety.org/2007/10/15/black-population-drops-9-in-california-says-new-report/

61. June 13, 1998 Angwin,Julia Blacks ask for clamp/group wants government to limit foreign workers https://www.sfchronicle.com/business/article/Blacks-Ask-For-Clamp-On-Tech-Group-wants-3003782.php

62. Dec. 5, 2011 Tyler, Carolyn KGO ABC 7 Cuts to first class service to slow deliver ins 2012 https://abc7.com/archive/8455127/

63. Dec. 11, 1997 Abate, Tom San Francisco Chronicle Digital Bay https://www.sfchronicle.com/business/article/DIGITAL-BAY-A-Modest-Startup-s-Big-Help-2817880.php

64. Nov. 2008 Digital Tipping Point Einfeldt,, Christian https://archive.org/details/e-dv158_sf_02_john_templeton_historian_009.ogg Page 2 of 7

65. Jan. 23, 2015 Rogers, Robert East Bay Times Doctors Medical Center board to sift through takeover bids https://www.eastbaytimes.com/2015/01/23/doctors-medical-center-board-to-sift-through-takeover-bids/

66. Sept. 30, 2015 Smith, Jennifer HLN-TV Does this look like a priceless work of art to you  http://www.hlntv.com/articles/2015/09/29/does-this-look-like-a-priceless-work-of-art-to-you/

67. Sept. 28, 1998 Evangelista, Benny San Francisco Chronicle Group asks tech CEOs to bridge racial gap  https://www.sfchronicle.com/business/article/Group-Asks-Tech-CEOs-To-Bridge-Racial-Gap-2988636.php

68. Aug. 27, 2018 Goode, Jo-Carolyn Growing the Dollar in Black Business Houston Style http://stylemagazine.com/news/2018/jul/27/growing-dollar-black-businesses/

69. May 18, 1999 Evangelista, Benny San Francisco Chronicle High tech workforce gap https://www.sfchronicle.com/business/article/High-Tech-Workforce-Gap-in-The-Valley-2930372.php

70  March 26, 2017 The Registry Bay Area  Toyota promotes black history riding in style http://theregistrybayarea.com/highlander-heaven-toyota-promotes-black-history-while-riding-in-style/

71 April 3, 2009 Cusack, Charlotte Historian lets his career story unfold https://www.mercurynews.com/2009/04/03/historian-lets-his-career-story-unfold/

72 Aug. 9, 2011 Rheannon, Frances CSRWire Igniting the Engine Under Black Business Growth http://www.csrwire.com/blog/posts/88-igniting-the-engine-under-black-business-growth

73 April 25, 2002 Kirby, Carrie San Francisco Chronicle Less executive traffic on the bridge over the digital divide https://www.sfchronicle.com/business/article/Less-executive-traffic-on-bridge-over-Digital-2846009.php

74 May 2014 Bayview The wealth hoarders and land stealers change the locks on black history in San Francisco https://sfbayview.com/2014/05/marcus-books-the-wealth-hoarders-and-land-stealers-change-the-locks-on-black-history-in-san-francisco/

75 Jan. 19, 1998 Dougan, Michael San Francisco Chronicle Nation still weighing King's legacy https://www.sfchronicle.com/news/article/Nation-still-weighing-King-s-legacy-3308955.php

76. Aug. 21, 2107 Millenium Magazine, Columbia, SC National Black Business Month celebration http://www.millmag.org/national-black-business-month-celebration/

77. Aug. 1, 2018 National Black Business Month USBC Statement in Supporthttp://www.usblackchamber.org/news-events/press-releases/pr-2018/422-national-black-business-month-usbc-statement

78. Oct. 25, 1996 Templeton, John William San Francisco Examiner "No on 209: Connerly's big lie https://www.sfchronicle.com/news/article/No-on-209-Connerly-s-big-lie-3117007.php

79. Sept. 26, 1998 Abate, Tom San Francisco Chronicle Oddball Coalition was the loser in High Tech H1-B Struggle https://www.sfchronicle.com/business/article/Oddball-Coalition-Was-the-Loser-in-High-Tech-H-1B-2988511.php

80. June 11, 2011 KGO-ABC 7 Profiles of Excellence http://a.abclocal.go.com/kgo/story?section=resources/lifestyle_community/community&id=8213301

81. Jan. 27, 2008 Rubien, David, San Francisco Chronicle Reb Spikes https://www.sfchronicle.com/entertainment/article/REB-SPIKES-3229350.php

82. July 12, 2007 Fullbright, Leslie San Francisco Chronicle Funding OKd for black historical site project https://www.sfchronicle.com/bayarea/article/SAN-FRANCISCO-Funding-OKd-for-black-historical-2581713.php

83. Aug. 13, 2005 Johnson, Jason B. San Francisco Chronicle New look at black restaurateurs/ photo exhibit highlights diversity of cuisine, culture

84. Feb. 20, 2018 KGO-ABC 7 Park ranger works to keep Buffalo Soldier legacy alive https://abc7news.com/society/sf-ranger-works-to-keep-buffalo-soldier-legacy-alive/3097050/

85. Feb. 3, 2008 Kuruvila, Matthai San Francisco Chronicle SAN FRANCISCO: Renovated library reopens https://www.sfchronicle.com/bayarea/article/San-Francisco-Renovated-library-reopens-3295877.php

86. Feb. 22, 2018 WNYC On the Media The Commercialization of Black History Month https://www.wnycstudios.org/story/commercialization-black-history-month

87. Feb. 18, 2003 Hua, Vanessa San Francisco Chronicle The root of all evil/black churches bring in experts to teach congregations about money management https://www.sfchronicle.com/business/article/The-root-of-all-evil-Black-churches-bring-in-2669514.php

88. June 14, 2004 Charlotte Observer A Statesville man died Saturday after he became ill at the Iredell County jail, police said Saturday

89. June 15, 2004 Charlotte Observer An autistic man died Saturday when he became agitated as police restrained him, said a pathologist

90. June 16, 2004 Charlotte Observer As the number of people diagnosed with autism rises, police departments across the country

91. July 17, 1995 Charlotte Observer What's an effective way to network: NC born publishers career

Plaintiff's Declaration June 20, 2019 cv 19-2894 sk  10

92. October 2008 NYSSA (New York Society of Securities Analysts) News Templeton, John William "Is there an Obama play in the market?"

93. August 2005 International Electric and Electronic Engineers (IEEE) Today's Engineer Templeton, John William "Deferring the dream"

94. May 25, 2000 House Judiciary Committee Status of Regulations Enforcing the American Workforce Competitiveness Improvement Act

95. Oct. 21, 1999 Senate Judiciary Committee America's Workforce Needs in the 21st Century

96. May 10, 2017 PR Week Templeton, John William "Look to the past to address America's most challenging issue" https://www.prweek.com/article/1433169/look-past-address-americas-challenging-issue

97. June 16, 2014 District Chronicles Howard University mourns loss of legendary professor, publisher http://www.districtchronicles.com/news/view.php/742969/Metro-Brief-Howard-University-mourns-los

98. June 2017 Hampton University Ministers Conference Welcoming Address https://vimeo.com/222054419

99. September 2017 St. John's Presbyterian Church "Criminalization of God's Creation"

100. April 2017 15th Street Presbyterian Church "Let the Monster Perish" reenactment of Rev. Henry Highland Garnet's speeches in A Memorial Discourse https://vimeo.com/213751260 led to an overture by the 223d General Assembly of the Presbyterian Church USA to republish the book and celebration of Garnet in May 2019 on Heritage Sunday

101. Feb. 2016 San Francisco City Hall "Hallowed Ground" Black History Month kickoff speech https://vimeo.com/209082871

102. Feb. 2, 1992 San Francisco Examiner Editor publishes textbook

103. Feb. 2019 Via Magazine California State Automobile Association

104. April 29, 2015 State Historical Resources Commission minutes www.ohp.parks.ca.gov/pages/1067/files/SHRCMinutes_2015-04-29_Final.pdf

105. Dec. 6, 2018 KQED Forum with Michael Krasny https://www.kqed.org/forum/2010101868594/exploring-californias-african-american-history

106. June 7, 2019 Sacramento Observer Juneteenth a celebration of courage and patriotism sacobserver.com/2019/06/juneteenth-the-victory-of-black-courage-and-patriotism/

107. January 2015 San Francisco Travel African-American Freedom Trail partnership https://www.sftravel.com/article/african-american-freedom-trail-brochure-partnership

108. Oct. 19, 2015 All Things Open: Keynote Panel hosted by Delisa Alexander https://www.youtube.com/watch?v=HQrkgyArV5k