UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM TEMPLETON,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM INC., et al.,<br><br>Defendants. | Case No. 19-cv-02894-SK<br><br>**ORDER REGARDING SERVICE OF FIRST AMENDED COMPLAINT**<br><br>Regarding Docket No. 8 |

On June 3, 2019, this Court granted Plaintiff leave to file an amended complaint. (Dkt. 5.) Plaintiff filed his first amended complaint ("FAC") on June 17, 2019. (Dkt. 8.) The FAC having been found to comply with 28 U.S.C. § 1915, it is HEREBY ORDERED that the Clerk issue the summons, and it is FURTHER ORDERED that the United States Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, attachments, scheduling orders, and other documents specified by the Clerk, as well as this Order, upon Defendants. Issuance of summons and service will be determined separately.

**IT IS SO ORDERED**.

Dated: June 25, 2019

SALLIE KIM
United States Magistrate Judge